AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

FILED

MAY 09 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jimmy Gong Yan LEE | ) | Case No. |
| Wei HUANG | ) | |
| | ) | 1: 14 MJ 0 0 0 7 8 SAB |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 14, 2014** in the county of **Mariposa** in the **Eastern** District of **California**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC § 846, 841(a)(1) | conspiracy to cultivate marijuana |
| | with a Maximum penalty of life and a 10 year mandatory minimum, 10 million dollar fine, $100 penalty assessment, supervised release of 5 years to life. |

This criminal complaint is based on these facts:

See Attached Affidavit of Kathleen A. Servatius, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kathleen A. Servatius, Assistant U.S. Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/9/14

_____
*Judge's signature*

City and state: Fresno, California

Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Kathleen A. Servatius, being first duly sworn under oath, depose and say:

1. I am an Assistant United States Attorney, employed by the United States Attorney for the Eastern District of California, and have been so employed for the past 23 years.

2. This affidavit is made to support a complaint charging that Jimmy Gong Yan LEE and Wei HUANG did unlawfully conspire to cultivate marijuana, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), in the County of Mariposa, California. This affidavit is based on my review of oral and written communications about this investigation that I have received from various state and local law enforcement agencies.

3. On or about April 14, 2014, Mariposa Sheriff's detectives and rangers of the U.S. Park Service executed a drug search warrant on the property located at 2067 and 2067A Harris Road, Mariposa. The property contained two separate buildings. In the building located at 2067A Harris Road, officers observed a residence devoted almost entirely to growing marijuana. Officers seized 874 marijuana plants from this residence.

4. Midway down the driveway, officers saw a shed that housed a large generator. Electrical cords from the generator ran to the house located at 2067 Harris Road. Jimmy Gong Yan LEE and Wei HUANG came from that house as the officers approached. Jimmy LEE possessed a paper that appeared to officers to be marijuana growing instructions. Approximately 1632 plants were found in the residence, the bottom level and garage of which was dedicated solely to growing marijuana

///
///
///
///
///
///
///
///
///

Affidavit in Support of Complaint                1

5. Based upon the foregoing, I believe that there is probable cause to believe that Jimmy Gong Yan LEE and Wei HUANG did knowingly and intentionally conspire to cultivate marijuana, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and 841(b)(1)(A), in the County of Mariposa, California.

_____
Kathleen A. Servatius
Assistant U.S. Attorney

SWORN TO BEFORE ME, AND SUBSCRIBED
IN MY PRESENCE THIS 9th DAY OF
May, 2014.

_____
Honorable Stanley A. Boone
U.S. Magistrate Judge

Affidavit in Support of Complaint                    2