BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUN 25 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-MJ-00078 |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER UNSEALING COMPLAINT |
| JIMMY GONG YAN LEE, and WEI HUANG, | |
| Defendants. | |

The United States having applied to this Court, for a complaint in the above-captioned proceedings, having applied for the complaint to remain under seal in order to prevent the flight of the targets of the investigation, and having been informed that there is no further need for maintaining the complaint under seal,

IT IS ORDERED, that the complaint and affidavit in support thereof in the above-entitled matter shall be unsealed.

Dated: June 24, 2014

_____
HONORABLE SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint            1