1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  Email: salsciandra@sbcglobal.net

5  Attorney for Defendant, WEI HUANG

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CASE NO:  1:14-CR-00144-LJO/SKO

11          Plaintiff,                 RULE 43 WAIVER OF PERSONAL
                                       PRESENCE WEI HUANG; ORDER
12  v.

13  WEU HUANG,                         Date:       Monday, January 5, 2015
                                       Time:       1:00 p.m.
14          Defendant.                 Courtroom:  Honorable Sheila K. Oberto

15

16

17        Defendant WEI HUANG, residing in San Francisco, California, hereby waives his

18  personal presence at the Status Conference on Monday, January 5, 2015 and agrees to allow his

19  attorney, SALVATORE SCIANDRA, to represent him without his personal presence at that

20  hearing. Defendant WEI HUANG further consents to have his attorney schedule dates for any

21  further hearings, including trial setting.

22  DATED:  December 15, 2014            /s/   Wei Huang
                                         WEI HUANG
23

24  DATED:  December 15, 2014            /s/   Salvatore Sciandra
                                         SALVATORE SCIANDRA
25                                       Attorney for Defendant,
                                         WEI HUANG
26

27

28

1
**ORDER**

2

3
IT IS SO ORDERED.

4
    Dated:   **December 16, 2014**            **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28