SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044
Email: salsciandra@sbcglobal.net

Attorney for Defendant, WEI HUANG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JIMMY GONG YAN LEE and WEI HUANG,<br><br>　　　　Defendants. | CASE NO:  1:14-CR-00144-LJO/SKO<br><br>STIPULATION AND ORDER FOR A CONTINUANCE OF STATUS CONFERENCE HEARING<br><br>Date:  Monday, May 18, 2015<br>Time:  1:00 p.m.<br>Ctrm:  Honorable Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, the defendant WEI HUANG and his attorney Salvatore Sciandra, and the co-defendant Jimmy Gong-Yan Lee by and through his counsel Marc Days that the Status Conference hearing set for Monday, May 18, 2015 at 1:00 p.m. be continued to Monday, June 15, 2015 at 1:00 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The reason for this request is as follows:

On Monday, May 18, 2015, I (Salvatore Sciandra) will be unavailable because my wife had to reschedule a major surgery from April 27, 2015 to May 18, 2015.

          Respectfully submitted,

DATED: May 12, 2015       /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JESUS ABRAHAM ALVAREZ-RUIZ

DATED: May 12, 2015       /s/ Marc Days
SALVATORE SCIANDRA
Attorney for Defendant,
JIMMY GONG YAN LEE

Agreed to in person on May 4, 2015.

DATED: May 12, 2015       /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney

Agreed to in person on May 4, 2015.

## ORDER

The parties' stipulated request for a continuance of the status conference date to June 15, 2015, is GRANTED to allow defense counsel to handle a family matter. The delay resulting from the requested continuance shall be excluded based on the court's finding that the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial. Any objection to such finding shall be lodged with the court within 5 days of the date of this order.

///

///

**PEOPLE v. JIMMY GONG YAN LEE and WEI HUANG**
**STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF STATUS CONFERENCE HEARING**
**CASE NO.: 1:14-CR-00144-LJO/SKO**                                                                                                                          **2**

The court notes that this case has been pending since November 2014. If the parties are unable to resolve the case before June 15, 2015, they *shall* be prepared to select a mutually acceptable trial date on June 15, 2015.

IT IS SO ORDERED.

Dated: **May 13, 2015**            **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE