SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:  559.233.1000
Facsimile:  559.702.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant, WEI HUANG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:14-CR-00144-LJO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO SELF SURRENDER TO THE DESIGNATED BOP FACILITY |
| WEI HUANG, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, by and through AUSA Kathleen A. Servatius and defendant WEI HUANG and his attorney Salvatore Sciandra, that the defendant's current date for surrendering himself to either the United States Marshals Office or his designated BOP facility be extended from June 1, 2016 to June 15, 2016.

The reason for this extension is as follows:

On May 31, 2016 undersigned counsel checked with the United States Marshalls Office for the Eastern District of California Fresno Division and was informed that the marshal's office just received, that morning, the paperwork to request a BOP designation for the defendant and

therefore the defendant had not yet been designated. The representative of the Marshall's office assured undersigned counsel that the paperwork would be submitted to the BOP today.

Respectfully submitted,

DATED: May 12, 2015  /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
WEI HUANG

DATED: May 12, 2015  /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney

Agreed to by email on May 31, 2016.

**ORDER**

IT IS SO ORDERED.

Dated: **May 31, 2016**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

**PEOPLE v. WEI HUANG**
STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT TO SELF SURRENDER TO THE DESIGNATED BOP FACILITY
**CASE NO.: 1:14-CR-00144-LJO**  **2**